SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
Peter C. Urmston
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

IRELL & MANELLA LLP
Jason G. Sheasby (*pro hac vice application forthcoming*)
Lisa S. Glasser (*pro hac vice application forthcoming*))
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010

*Attorneys for Plaintiffs*
*Johnson & Johnson and Janssen Biotech, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON, a New Jersey corporation; JANSSEN BIOTECH, INC., a Pennsylvania corporation, | : : : | Civil Action No. 25-1439 |
| | : | Oral Argument Requested |
| Plaintiffs, | : : | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND** |
| v. | : | **ALTERNATIVE SERVICE** |
| SAMSUNG BIOEPIS CO. LTD., a Korean corporation, | : : | |
| Defendant. | | |

Upon Plaintiffs Johnson & Johnson and Janssen Biotech, Inc.'s ("Plaintiffs") Verified Complaint and exhibits thereto, Declaration of Dr. Robert Popovian, Declaration of Nathan Monroe-Yavneh, Memorandum of Law in Support of their

Order to Show Cause for Preliminary Injunction, Declaration of Jeffrey J. Greenbaum, and Memorandum of Law in Support of their Order to Show Cause for Alternative Service, all dated February 24, 2025; and for good cause shown;

IT IS on this _____ day of February, 2025,

ORDERED that Defendant Samsung Bioepis Co. Ltd. ("Samsung") show cause before this Court, on _____, 2025 at _____ why an order should not issue pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65.1 of the Local Civil Rules:

(a) preliminarily enjoining Samsung from purporting to authorize or supply a certain private label distributor for a private label product from that distributor during the pendency of this action; and

(b) ordering Samsung to comply with the disclosure requirements of Section 3.2 of the Agreement and disclose true and complete copies of all sublicenses, including any documents incorporated by reference.

IT IS FURTHER ORDERED that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service of this Order to Show Cause, together with all supporting papers by email upon Samsung's legal department at sb_legal@samsung.com; Samsung's Senior Legal Counsel Sunghun Son at sunghun93.son@samsung.com; and Samsung's domestic counsel at Kirkland & Ellis LLP at jeanna.wacker@kirkland.com shall be made no later than

2

_____, 2025 and shall be deemed good and sufficient service thereof. The summons issued in this case may be served in the same manner.

IT IS FURTHER ORDERED that, opposing papers to Plaintiffs' request for a preliminary injunction, if any, shall be filed and served by the Court's ECF system to counsel of record, received on or before _____, 2025.

IT IS FURTHER ORDERED that reply papers shall be filed and served by the Court's ECF system to counsel of record, received on or before _____, 2025.

DATED:

_____

U.S.D.J.