## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG BIOEPIS CO. LTD.,<br><br>Defendant. | Civil Action No. 25-01439 (GC) (JTQ)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiffs Johnson & Johnson and Janssen Biotech, Inc.'s Second Motion for a Preliminary Injunction. (ECF No. 77.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 8th day of January, 2026 **ORDERED** as follows:

1. Plaintiffs' Second Motion for a Preliminary Injunction (ECF No. 77) is **DENIED**.
2. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 77.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE